HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700  Fax: 916-498-5710

Attorneys for Defendant
NOE E. PALACIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:23-po-00349-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| v. | ) CONTINUE HEARING |
| NOE E. PALACIOS, | ) Date: January 17, 2024 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Assistant United States Attorney, and Linda C. Harter, Assistant Federal Defender, attorney for NOE E. PALACIOS, that the status conference for January 17, 2024 at 9:00 a.m. be continued to January 24, 2024 at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation and Order to Continue Status Conference                    -1-

| | | |
|---|---|---|
| 1 | DATED: January 16, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER WILLIAMS<br>Federal Defender |
| 4 | | _/s/Linda C. Harter_<br>LINDA C. HARTER |
| 5 | | Assistant to the Federal Defender |
| 6 | | Attorneys for Defendant<br>NOE E. PALACIOS |
| 7 | | |
| 8 | Dated: January 16, 2024 | McGREGOR W. SCOTT<br>United States Attorney |
| 9 | | |
| 10 | | _/s/ Alstyn Bennett_<br>ALSTYN BENNETT |
| 11 | | Assistant United States Attorney |

**ORDER**

IT IS HEREBY ORDERED that the status conference set for January 17, 2024, at 9:00 a.m., be continued to January 24, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 16, 2024

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Continue Status Conference    -2-